JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-03304 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DANIEL MOTA, ET AL.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Daniel Mota, individually and doing business as Azteca Boxing Club and Azteca Boxing Club, Inc., an unknown business entity doing business as Azteca Boxing Club, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Daniel Mota, individually and doing business as Azteca Boxing Club and Azteca Boxing Club, Inc., an unknown business entity doing business as Azteca Boxing Club, shall pay the plaintiff, J & J Sports Productions, Inc., $16,800.00 in total damages.

///

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.

Dated: December 14, 2015          *[signature]*

_____
William Keller
United States District Judge

- 2 -